# EXHIBIT 1

# EXHIBIT 1



# GAMBLING MOJO

| 400% Match Bonus | 300%Match Bonus | 200% Match Bonus | Match Bonuses | Free Spin Casinos |

**Bookmark Us!**


**No Deposit Casinos**

**Join our Mailing List**

**" Hot " Casinos**

**Free Casino Games**

***New* Mojo Community**

**Rival Casino Bonus List**

**Rival Casino Games**

**Microgaming Slot Games**

**Blackjack Mojo**

**Gambling Mojo Community**

### Welcome to Gambling Mojo Casinos!
**You will find all the newest casino offers including free spins, no deposit chips and fantastic match bonuses ranging from 100% match bonuses up to 400% match bonuses. Get the most for your gambling dollars at Gambling Mojo Casinos!**

Exclusive Casino Bonus and No Deposit offers only from Gambling Mojo!

**\*\*Featured Casino!\*\***



Special Bonuses for Gambling Mojo Players at Bet Phoenix RTG Casino!

$100 free no deposit at Bet Phoenix use coupon code BET100
600% Welcome bonus use coupon BIG600

Restrictions: BET100 has a wagering Requirement of 75x bonus. Is Non-Cashable, Min. Withdrawal $20, Max. Withdrawal $100.

BIG600 has a 60x Playthrough on deposit plus bonus, 10 max cashout on deposit, is non-cashable, and has no minimum cash out (except for individual cash out options minimums). Unless otherwise stated, standard terms and conditions apply.

100% no max cash out welcome bonus up to $777 use coupon 100nomax
35x Playthrough on deposit plus bonus, no max cash out, non cashable.



This is not your typical casino! 3Dice offers unique graphics, custom games, free tournaments for real money and live and lively chat! There are so many features at 3Dice it's hard to name



Exclusive! Get a 300% Match Bonus and $26 Free No Deposit at Sloto'Cash Casino from Gambling Mojo by using the banner here. USA players are welcome at Sloto'Cash! More about Sloto'Cash Casino | Visit Slots Jackpot Casino



No Deposit Special!
100% up to $747

Brand New RTG from the CWC group! Manhattan Slots Casino $15 no deposit free chip from Gambling Mojo! Sign up here

You free exclusive chip coupon code is: MOJO15
20x Wagering
5x bonus max cashout
Slots only
More about Manhattan Slots Casino | Visit Manhattan Slots Casino



Check out the bonus offers at Casino Rewards! There are 19 Microgaming Casinos to choose from with the best of Microgaming free spins, no deposit, and match bonus offers!





$750 Free Spins at Ruby Fortune Microgaming Casino. If you don't win no problem, you can still claim the Welcome Bonus of $25 free. | Visit Ruby Fortune Casino

them all.
More about 3Dice Casino | Visit 3Dice Casino



USA ok! Exclusive offer from our friends at Superior Casino and Gambling Mojo! Superior Rival Casino accepts USA players!! Superior Casino is giving Gambling Mojo players a generous 400% up to $2,000 welcome bonus! Minimum deposit is $25 and no maximum cash out! You can also reload for 150% up to $1,500. Minimum deposit $25. No maximum cashout! Also take advantage of our offer of $25 free no deposit! Max cashout is $50. Check out Gambling Mojo's Special Page from the banner above or read more below. You can only get there from here!
More about Superior Casino | Gambling Mojo's Superior Casino Landing Page

Casino Rewards is a trusted and established group of casinos with top notch customer service. *Sorry, no USA.*
More about Casino Rewards



USA players welcome! RTG 100% Match Bonus up to $100 at Intertops Red! Redeem coupon code SIGNUP100 in the before making your first deposit. New Sportsbook customers enjoy a $20 free bet! Exclusive coupon from Gambling Mojo for High Rollers! Contact support and mention coupon "Roman". USA ok.
More about Intertops Red Casino | Visit Intertops Red Casino



$5 Free and USA OK! Spin the Wheel for $5 Free no deposit at Super Slots! Click the banner above to be taken to your no deposit exclusive Wheel Game! Deposit and receive up to $300 Free to experience the Reel Deal and 9 other exclusive Bonus Slot Games.



USA ok. New Players get an exclusive $15 free no deposit to try our Lucky Red RTG Casino! Lucky Red is from the trusted folks at Club World Casinos and Aladdin's Gold Casino ! Download the casino and get $15 free using Lucky Red coupon code mojo15. From this banner only!
More about Lucky Red Casino | Visit Lucky Red Casino





New Microgaming Free Spins at Euro Palace Casino! Get $1500 and one hour to play for free! Sorry, no USA.
| Visit Euro Palace Casino

**USA ok. Get $10 free no deposit at Aladdin's Gold RTG Casino exclusively from Gambling Mojo!** Use coupon code mojo10. Aladdin's Gold has more than 100 authentic Casino games, which can be played for Fun or Real money. Aladdin's Gold is a part of the Club World Group which also included the player favorite CWC (Club World Casinos) has proven themselves to have the highest standards and a favorite RTG Casino Group. Aladdin's Gold is no exception! Expect only the best service, games, fun and all around online casino entertainment at Aladdin's Gold Casino.

More about Aladdin's Gold Casino | Visit Aladdin's Gold



$1000 Free no deposit freeplay at RedFlush Casino! Sorry, no usa. Microgaming.
More about Red Flush Casino | Visit Red



Flush Casino



Check out Box 24 Rival Casino with $24 no deposit and up to $2400 in welcome bonuses! USA ok!
Visit Box 24 Casino

USA ok. Get $10 free at Club USA Casino! ClubUSA Casino is a quality casino Powered by Real Time Gaming (RTG) Software. Use RTG coupon code **TRYUS10** for your free chip! Play any of our amazing Video Slots plus Keno and Scratch Cards:
**100% bonus up to $777**, use RTG Club USA coupon code: **BIGSLOT**.

Alternatively, play Blackjack, Video Poker, Casino Poker and more:
**100% bonus up to $150**, using rtg coupon code: **NEW100**. . More about Club USA Casino | Visit Club USA Casino



**CLICK HERE**

RTG software Inetbet Casino! Receive a bonus of 50%, up to $200,Enter rtg coupon code: YYR88 . Get $10 free no deposit at Inetbet Casino. Use Inetbet rtg no deposit code BR10F. Read more.Click Here! More about iNetBet Casino | Visit iNetBet Casino



200% welcome bonus and no deposit RTG! Exclusive from Gambling Mojo and Casino Titan! Sign up here and contact support for your free $15 to try out Casino Titan! The standard no deposit offer is $7 but you can play with $15, just tell them Mojo sent you! *USA Accepted*
More about Casino Titan |Visit Casino Titan



No Deposit Mojo        High Roller Mojo        No Deposit Mojo Euro        Wild Card Casinos        Gambling Mojo





**Visitor Site Map / Google Site Map**

The Gambling Portal Webmasters Association interviews Gambling Mojo! You can read it here.

Questions? Comments? Mail Us!

Online Casinos

Grand Prive Casinos Rouged! Find out more here.

Gambling Mojo is an informational website only. Please check to laws in your area to be sure you are within your legal guidelines for online gambling.

Gambling Mojo is proud to display the GPWA Seal of Approval. Click below to view.



Is gambling a problem? Click here for Gamblers Anonymous

Copyright © 2005-2010. All rights reserved.

Developed by Gambling Templates.



# EXHIBIT 2

# EXHIBIT 2

- Skip past navigation
- On a mobile phone? Check out m.twitter.com!
- Skip to navigation
- Skip to sign in form



Have an account?Sign in

Username or email

Password

Sign in ☐ Remember me

Forgot password?

Forgot username?

Already using Twitter on your phone?

# Get short, timely messages from Paula.

## Twitter is a rich source of instantly updated information. It's easy to stay updated on an incredibly wide variety of topics. Join today and follow @GamblingMojo.

Sign Up ›

Get updates via SMS by texting **follow GamblingMojo** to **40404** in the United States

Two-way (sending and receiving) short codes:

| Country | Code | For customers of |
|---|---|---|
| Australia | • 0198089488 Telstra | |
| Canada | • 21212 (any) | |
| United Kingdom | • 86444 Vodafone, Orange, 3, O2 | |
| Indonesia | • 89887 AXIS, 3, Telkomsel | |

Two-way (sending and receiving) short codes:

| | |
|---|---|
| Ireland | • 51210 O2 |
| India | • 53000 Bharti Airtel |
| New Zealand | • 8987 Vodafone, Telecom NZ |
| United States | • 40404 (any) |

Codes for other countries



# GamblingMojo

1. I see frozen ice cream trucks for kids, where's the frozen margarita trucks for grownups? about 1 hour ago via Gambling Mojo Casino Community Connect
2. Play This or That at Mojo's! 6:41 AM Jul 22nd via Gambling Mojo Casino Community Connect
3. Gambling Mojo Community one year Anniversary Party coming soon! http://gambling-mojo-casino-community.socialgo.com/events/profile/7 5:56 PM Jul 18th via web
4. Come play in the This or That Contest at Gambling Mojo Casino Community! http://gambling-mojo-casino-community.socialgo.com/forum/topic/105 6:58 AM Jul 15th via web
5. @cambaby2 Thanks for being here cam! I'm new at this tweet stuff.. 6:55 AM Jul 15th via web in reply to cambaby2
6. Join Gambling Mojo Casino Community! http://gambling-mojo-casino-community.socialgo.com/ 9:19 AM Jul 13th via web

- Name Paula
- Web http://gambling-m...
- Bio Join Gambling Mojo Casino Community!

10 Following 9 Followers 1 Listed

- 6 Tweets
- Favorites

# Following



RSS feed of GamblingMojo's tweets
RSS feed of GamblingMojo's favorites

## Footer

- © 2010 Twitter
- About Us
- Contact

- [Blog](#)
- [Status](#)
- [Goodies](#)
- [API](#)
- [Business](#)
- [Help](#)
- [Jobs](#)
- [Terms](#)
- [Privacy](#)

---

loading... Sorry, this does not appear to be an active Twitter account

# EXHIBIT 3

# EXHIBIT 3

# reviewjournal.com



Powered by **Clickability**

Jun. 03, 2010
Copyright © Las Vegas Review-Journal

## Casino licensees told to stay clear of Internet gambling companies

By <u>HOWARD STUTZ</u>
LAS VEGAS REVIEW-JOURNAL

A member of the Gaming Control Board said casino licensees should continue to keep their distance from Internet gambling companies that accept wagers from Americans.

The Nevada agency will continue to look at any ongoing relationships on a case-by-case basis.

In letter posted Wednesday on the agency's website, control board member Randall Sayre told an unidentified gaming attorney that his advice to clients about not doing business with certain Internet gaming operators was "sound from both a state and federal perspective."

The letter was in response to a question surrounding the distinction between .com and .net websites operated by Internet gaming companies. The companies often create two portals, with the .com site accepting wagers. The second site, designated by .net, does not accept wagers and serves as an introductory and tutoring location for potential gamblers.

However, the .com locations are easily accessed through the .nets.

Sayre agreed that the distinction between the two sites has become blurred. Internet gaming companies that accept wagers from Americans and enter into business relationships with Nevada's nonrestricted gaming licensees are "inconsistent with the Nevada Gaming Control Act and regulations promulgated pursuant to that Act."

Sayre said any current business relationships are being explored by the regulatory agency.

"Those activities that require board review and approval are being looked at more closely so that determinations can be made as to whether business relationships between Nevada licensees and Internet-based companies violate state and federal law/regulations," Sayre wrote.

Technically, it is illegal for Internet gaming websites, which are incorporated and based outside of the United States, to accept wagers from Americans. In 2006, the Unlawful Internet Gaming Enforcement Act was enacted, making it a crime for banks and other financial institutions to process transactions used in online gaming.

While the potential legalization of Internet gaming has surfaced in Washington, D.C., and the American Gaming Association now believes technology exists to allow the activity to be regulated at the state or federal level, nothing has changed.

Sayre said the U.S. Department of Justice has not shown any indication it plans to relax its position that Internet gaming is illegal.

"The lack of federal criminal prosecutions under (the act) should not be interpreted by the gaming industry as a lack of interest by state and federal law enforcement and regulatory agencies on this issue," Sayre wrote.

Questions about the business relationships arose after two poker events earlier this year on the Strip.

In February, The Venetian held the inaugural event of the North American Poker Tour, which is sponsored by PokerStars.net. In the $5,000 buy-in event, 872 players entered, including 25 who qualified through PokerStars.net.

In March, Caesars Palace hosted the National Heads-Up Poker Championship. The event did not have an online poker sponsor but a related televised poker event, "Face the Ace," was filmed in several Las Vegas casinos and sponsored by FullTilt.net.

The World Series of Poker, which began last week and is televised throughout the year by ESPN, is in the second year of a sponsorship deal with Everest Poker, an online gaming site whose logo is placed on tournament gaming tables. Everest Poker, which is based in Malta, does not accept wagers from Americans.

Gaming regulators are currently investigating the suitability of 888, an online gaming company based in Gibraltar that is providing software for Harrah's Entertainment to manage three Internet gambling sites in the United Kingdom, which do not accept wagers from Americans.

The issue marks the first time Nevada regulators are investigating the suitability of an online gaming company that accepted wagers from Americans before the act's 2006 adoption.

Contact reporter Howard Stutz at hstutz@reviewjournal.com or 702-477-3871.

**Find this article at:**
http://www.lvrj.com/business/casino-licensees-told-to-stay-clear-of-internet-gambling-companies-95558484.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 4

# EXHIBIT 4

By Mojo

Mojo Sites    Translate

A member of the Gaming Control Board said casino licensees should continue to keep their distance from Internet gambling companies that accept wagers from Americans.

In letter posted Wednesday on the agency's website, control board member Randall Sayre told an unidentified gaming attorney that his advice to clients about not doing business with certain Internet gaming operators was "sound from both a state and federal perspective."

The letter was in response to a question surrounding the distinction between .com and .net websites operated by Internet gaming companies. The companies often create two portals, with the .com site accepting wagers. The second site, designated by .net, does not accept wagers and serves as an introductory and tutoring location for potential gamblers.

However, the .com locations are easily accessed through the .nets.

Sayre agreed that the distinction between the two sites has become blurred. Internet gaming companies that accept wagers from Americans and enter into business relationships with Nevada's nonrestricted gaming licensees are "inconsistent with the Nevada Gaming Control Act and regulations promulgated pursuant to that Act."

Sayre said any current business relationships are being explored by the regulatory agency.

"Those activities that require board review and approval are being looked at more closely so that determinations can be made as to whether business relationships between Nevada licensees and Internet-based companies violate state and federal law/regulations," Sayre wrote.

Technically, it is illegal for Internet gaming websites, which are incorporated and based outside of the United States, to accept wagers from Americans. In 2006, the Unlawful Internet Gaming Enforcement Act was enacted, making it a crime for banks and other financial institutions to process transactions used in online gaming.

While the potential legalization of Internet gaming has surfaced in Washington, D.C., and the American Gaming Association now believes technology exists to allow the activity to be regulated at the state or federal level, nothing has changed.

Sayre said the U.S. Department of Justice has not shown any indication it plans to relax its position that Internet gaming is illegal.

"The lack of federal criminal prosecutions under (the act) should not be interpreted by the gaming industry as a lack of interest by state and federal law enforcement and regulatory agencies on this issue," Sayre wrote.

Questions about the business relationships arose after two poker events earlier this year on the Strip.

In February, The Venetian held the inaugural event of the North American Poker Tour, which is sponsored by PokerStars.net. In the $5,000 buy-in event, 872 players entered, including 25 who qualified through PokerStars.net.

In March, Caesars Palace hosted the National Heads-Up Poker Championship. The event did not have an online poker sponsor but a related televised poker event, "Face the Ace," was filmed in several Las Vegas casinos and sponsored by FullTilt.net.

The World Series of Poker, which began last week and is televised throughout the year by ESPN, is in the second year of a sponsorship deal with Everest Poker, an online gaming site whose logo is placed on tournament gaming tables. Everest Poker, which is based in Malta, does not accept wagers from Americans.

Gaming regulators are currently investigating the suitability of 888, an online gaming company based in Gibraltar that is providing software for Harrah's Entertainment to manage three Internet gambling sites in the United

Kingdom, which do not accept wagers from Americans.

The issue marks the first time Nevada regulators are investigating the suitability of an online gaming company that accepted wagers from Americans before the act's 2006 adoption.

Comments  18    Chat Room!

Source - Las Vegas Review Journal

Gaming Control Board Response - PDF

**0 Comments**
JUN
**3rd**


## EU Court rules Countries allowed to ban Online Gambling

By Mojo
(Reuters) - EU countries can ban online gambling if their aim is to combat fraud, Europe's highest court said on Thursday, dealing a blow to the multi-billion euro online betting industry seeking to break domestic monopolies.

The European Union Court of Justice (ECJ) issued rulings on two separate challenges involving online gambling in the Netherlands.

De Lotto, a Dutch non-profit-making foundation which offers games of chance, had asked a Dutch court to stop residents from using British bookmaker Ladbrokes' online gambling operation as it was not licensed in the Netherlands.

Ladbrokes appealed to the Dutch Supreme Court after the lower court backed De Lotto. And the Dutch Supreme Court asked the ECJ in 2008 to rule whether the Dutch licensing system was compatible with EU law allowing for the free movement of goods and services across the 27-country European Union.

In the second challenge, Betfair, the world's largest online gaming exchange, took its case to a Dutch court after Dutch authorities refused to grant it a license similar to others given to two Dutch companies. The court subsequently sought guidance from the ECJ.

The ECJ backed the position of the lower Dutch court on Ladbrokes.

"Such a restriction may be justified, in particular, by the objectives of consumer protection and the prevention of both fraud and incitement to squander money on gambling, as well as the need to preserve public order," it said. It cited the same rationale for the Betfair case.

"The grant to such an operator of exclusive rights to operate games of chance, or the renewal of such rights, without any competitive tendering procedure would not appear to be disproportionate in the light of the objectives pursued by the Netherlands legislation," it said.

A host of online gambling companies have taken several European countries to court in a bid to break into lucrative markets but have found it a tough battle.

Last September, the ECJ said countries could ban gambling websites in order to fight crime.

Consultancy H2 Gambling Capital estimates the European interactive market could be worth as much as 12.6 billion euros ($15.50 billion) by 2012, up from 8.3 billion euros last year.

(Reporting by Foo Yun Chee; editing by David Brunnstrom and Sharon Lindores)

# EXHIBIT 5

# EXHIBIT 5

```
Type of Work:        Text

Registration Number / Date:
                     TX0007178016 / 2010-07-21

Application Title: Agency: Beware of Net gaming. Control board warns licensees
                     to stay away from sites taking bets.

Title:               Agency: Beware of Net gaming. Control board warns licensees
                     to stay away from sites taking bets.

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-06-03

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC
```

================================================================================