J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company, | Case No.: 2:10-cv-01245-GMN-PAL |
|  | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Plaintiff, |  |
| v. |  |
| PAULA BLISS, an individual, |  |
| Defendant. |  |

        Plaintiff, Righthaven LLC ("Righthaven"), by and through its attorneys of record, and Paula Bliss ("Ms. Bliss"); collectively with Righthaven known herein as the parties ("Parties"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against Ms. Bliss in the above-captioned matter.

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against Ms. Bliss with prejudice.


Dated this fifth day of October, 2010.


Submitted by:

RIGHTHAVEN LLC                         LEWIS AND ROCA LLP


/s/ J. Charles Coons                          /s/ Nikkya G. Williams
J. Charles Coons, Esq.                        John L. Krieger, Esq.
9660 West Cheyenne Avenue, Suite 210          Nikkya G. Williams, Esq.
Las Vegas, Nevada 89129-7701                  3993 Howard Hughes Parkway, Suite 600
Attorneys for Plaintiff                       Las Vegas, Nevada 89169
                                              Attorneys for Defendants


IT IS SO ORDERED this 6th day of October, 2010.

_____
Gloria M. Navarro
United States District Judge